**Order issued July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01246-CR

---

### ALEXANDER JAMES GABRIEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the April 10, 2014 motion of Samuel D. Rosenstein for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Samuel D. Rosenstein as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Alexander James Gabriel, TDCJ No. 1810443, Bartlett State Jail, 1018 Arnold Drive, Bartlett, Texas, 76511.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE